UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ELLIE NICOLE LIERA-VALENZUELA, Defendant. | No. 17CR1483-W<br>ORDER **AND JUDGMENT OF DISMISSAL** |

Having considered the United States' Motion to Dismiss the Information against defendant ELLIE NICOLE LIERA-VALENZUELA in this case pursuant to Fed. R. Crim. P. 48(a), the Court hereby grants the United States motion to dismiss with prejudice. Accordingly, the Information against ELLIE NICOLE LIERA-VALENZUELA is hereby dismissed with prejudice pursuant to Fed. R. Crim. P. 48(a).

IT IS FURTHER ORDERED that material witnesses, TING CHENG, YUXIN FENG, and XING FU LIN (TRUE NAME XIANG FU LIN), be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

IT IS FURTHER ORDERED that bond be exonerated as to defendant, ELLIE NICOLE LIERA-VALENZUELA.

DATED: July _6___, 2017

_____
Honorable Thomas J. Whelan
United States District Judge

1